**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANDREW BAXTER,

                      Petition,                  17 **CIVIL** 8918 (CS) (JCM)

    -against-                                **JUDGMENT**

JOSEPH NOETH, Superintendent,

                      Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2020, that with the exception noted in the order, the R&R is adopted as the decision of the Court; the Petition is denied; as the Petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2), and the case is closed.

**DATED:**  New York, New York
              June 3, 2020

                                                        **RUBY J. KRAJICK**
                                                          _____
                                                             **Clerk of Court**
                        **BY:**
                                                             _____
                                                             **Deputy Clerk**